455 A.2d 193

Commonwealth v. Bernstein, Appellant.

596

Submitted March 3, 1982. Dennis Woody, for appellant; Vram Nedurian, Assistant District Attorney, for Commonwealth, appellee.

Before WIEAND, BECK and HOFFMAN, JJ.

Order affirmed.